**Order entered May 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01084-CR

**ANDRE DJUNA HUBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-60671-M**

## ORDER

The Court **GRANTS** appellant's May 6, 2013 "motion for leave to release sealed or redacted brief to appellant" to the extent that counsel may provide appellant with a redacted copy of the brief.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE